1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  NORMA ANGELICA BARRIGAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORMA ANGELICA BARRIGAN,<br><br>                Plaintiff,<br><br>v.<br><br>LAW OFFICE OF RICHARD CLARK, PLLC, a Texas professional limited liability company; and RICHARD EDWARD CLARK, A/K/A RICKY EDWARD CLARK, individually and in his official capacity; and CACH, LLC, a Colorado limited liability company,<br><br>                Defendants. | Case No. CV11-01462-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

      COMES NOW the Plaintiff, NORMA ANGELICA BARRIGAN, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, NORMA ANGELICA BARRIGAN, hereby dismisses, with prejudice, all claims made by her against Defendants in her Complaint filed herein on March 25, 2011. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

Dated: May 11, 2011                                        /s/ Fred W. Schwinn
                                                                                 Fred W. Schwinn, Esq.
                                                                                 Attorney for Plaintiff
                                                                                 NORMA ANGELICA BARRIGAN